# United States District Court
## Southern District of Georgia

GILBERT WILSON LEE, JR.
    Plaintiff

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV507-034

JOSHUA A. MORRISON, Asst. District Attorney,
WILLIAM J. EDGAR, Judge, et al
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated June 14, 2007; Judgment is hereby

entered dismissing this action without prejudice. This action stands closed.

| June 14, 2007 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Mary Anne Hill*
(By) Deputy Clerk